NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-3399 |
| Plaintiff - Appellee, | D.C. No. 2:22-cr-01295-SPL-1 |
| v. | |
| KEIVIN CROSSWELL-CERVANTES, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Steven P. Logan, District Judge, Presiding

Submitted April 22, 2025**

Before:    GRABER, H.A. THOMAS, and JOHNSTONE, Circuit Judges.

Keivin Crosswell-Cervantes appeals from the district court's judgment and challenges his guilty-plea conviction and 168-month sentence for conspiracy to distribute fentanyl and methamphetamine in violation of 21 U.S.C. § 846.

Crosswell-Cervantes's counsel filed a brief under *Anders v. California*, 386

---

\*    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

U.S. 738 (1967), stating that there are no non-frivolous arguments for appeal. Crosswell-Cervantes has not filed a pro se supplemental brief.

In the plea agreement, Crosswell-Cervantes waived his right to appeal the conviction and sentence. Our independent review of the record, *see Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no non-frivolous issue as to whether the appeal waiver is enforceable. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We therefore dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is granted.

**DISMISSED.**